# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| George Hicks Construction, Inc. | ) ASBCA No. 59486 |
| | ) |
| Under Contract No. 73-0008-7647 | ) |

APPEARANCE FOR THE APPELLANT:     Chad E. Woodruff, Esq.
                                  Woodruff & Love
                                  Talladega, AL

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                  Army Chief Trial Attorney
                                  MAJ Jamal A. Rhinehardt, JA
                                  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 March 2016

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59486, Appeal of George Hicks Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals